JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAIYAN ZHAO,<br><br>          Plaintiff,<br><br>     v.<br><br>RAYMOND GRANT PARKMAN,<br><br>          Defendant. | Case No. 5:21-cv-00187-JWH-SPx<br><br>**ORDER REMANDING CASE** |

On February 1, 2021, Raymond Grant Parkman removed this action to this Court.[1] The Court *sua sponte* reviews its own subject matter jurisdiction. *Arbaugh v. Y&H Corp.*, 546 U.S. 500, 514 (2006) (courts "have an independent obligation to determine whether subject-matter jurisdiction exists, even in the absence of a challenge from any party"). Parkman asserts that the Court has subject matter jurisdiction based upon federal question jurisdiction and diversity jurisdiction.[2]

This case involves claims for alleged damages relating to the management of rental property. The civil case cover sheet lists the causes of action as breach of contract, unlawful conversion, negligent misrepresentation, and breach of fiduciary duty. These are not federal claims. Accordingly, the notice of removal fails to demonstrate that the Court has federal question jurisdiction. *See* 28 U.S.C. § 1331; *Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir. 1992) ("the defendant always has the burden of establishing that removal is proper").

The notice of removal also alleges that the Court has diversity jurisdiction. However, this case is a small claims matter, and the total amount that Plaintiff Haiyan Zhao seeks is listed as $12,889.10[3]—far less than the amount-in-controversy requirement of $75,000. *See* 28 U.S.C. § 1332(a). Thus, this Court does not have diversity subject matter jurisdiction over this case.

Accordingly, in the absence of jurisdiction, the Court must *sua sponte* **REMAND** this action to the Riverside County Superior Court.

**IT IS SO ORDERED.**

Dated: March 10, 2021

John W. Holcomb
UNITED STATES DISTRICT JUDGE

---

[1] Notice of Removal [ECF No. 1].
[2] *Id.* at ¶ 5.
[3] Pl.'s Claim and Order to Go to Small Claims Court [ECF No. 1-1 at 176].